HONORABLE TIFFANY M. CARTWRIGHT

## UNITED STATES DISTRICT COURT FOR WESTERN WASHINGTON AT TACOMA

| | |
|---|---|
| CHRISTIE MESZLER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TRUCK INSURANCE EXCHANGE, a foreign insurance company; and FARMERS INSURANCE EXHANCE, a foreign insurance company,<br><br>Defendants. | No. 3:23-cv-05942-TMC<br><br>STIPULATION AND ORDER TO STAY<br><br>NOTE ON MOTION CALENDAR: JANUARY 17, 2024 |

### STIPULATION

Plaintiff Christie Meszler ("Ms. Meszler") and Defendants Truck Insurance Exchange and Farmers Insurance Exchange ("Defendants"), through their respective counsel, stipulate and agree as follows:

1. This is an insurance coverage and bad-faith dispute related to Farmers' obligations for Ms. Meszler's insurance claims arising from a water loss on or around October 24, 2022, at her home located at 1331 Bradley Street, Bremerton, Washington, Kitsap County, Washington (the "Property").

STIPULATION MOTION AND
ORDER TO STAY-1
(No. 3:23-cv-05942-TMC)

Ruiz & Smart LLP
901 Fifth Avenue STE 820
Seattle, WA 9816
Tel. 206-203-9100 Fax 206-785-1702

2. The Property is insured under Policy No. 0761590332, with a policy period of August 11, 2022 to August 11, 2023 (the "Policy"). The Policy was issued by Truck Insurance Exchange.

3. Ms. Meszler has asserted claims under the Policy related to her personal property, replacement of the Property, and other matters.

4. Ms. Meszler's claim is still being adjusted. The parties seek to stay this matter to allow time to explore resolution of Ms. Meszler's claims.

5. Judicial economy is best served by a three-month stay of the proceedings.

6. By agreeing to a stay, neither party waives any position they may take in this or in any other declaratory judgment action regarding Ms. Meszler's insurance claims against Defendants arising from the October 24, 2022 water loss at the Property.

7. In light of the foregoing, IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Ms. Meszler and Defendants, that:

   a. This action is stayed until April 17, 2024.

   b. The Court will strike the current Initial Disclosure and Joint Status Report and Discovery Plan deadlines.

   c. Either party may move the Court to terminate the stay upon 14 days' written notice to the other party.

   d. On or before April 17, 2024, the parties shall file a status report with the Court, following which the Court will issue new deadlines for the parties to submit Initial Disclosures pursuant to FRCP 26(a)(1) and their Joint Status Report and Discovery Plan as required by FRCP 26(f).

STIPULATION MOTION AND
ORDER TO STAY-2
(No. 3:23-cv-05942-TMC)

Ruiz & Smart LLP
901 Fifth Avenue STE 820
Seattle, WA 9816
Tel. 206-203-9100 Fax 206-785-1702

e. The parties respectfully request that the Court enter the subjoined order containing the terms of the stay.

I certify that this memorandum contains 335 words, in compliance with the Local Civil Rules.

RESPECTFULLY SUBMITTED this 17th day of January, 2024.

**RUIZ & SMART LLP**

By: *s/Kathryn Knudsen*
Isaac Ruiz, WSBA #35237
iruiz@ruizandsmart.com
Kathryn Knudsen, WSBA #41075
kknudsen@ruizandsmart.com
Denise Chen, WSBA #59906
dchen@ruizandsmart.com

*Counsel for Plaintiff*

**ROPERS MAJESKI PC**

By:*s/Joanne Blackburn*
Joanne T. Blackburn, WSBA No 21541
Natalia Smirnova, WSBA No. 55110
1420 5th Ave #2200
Seattle, WA  98101
Joanne.blackburn@ropers.com
Natalia.smirnova@ropers.com

*Counsel for Defendants*

STIPULATION MOTION AND
ORDER TO STAY-3
(No. 3:23-cv-05942-TMC)

Ruiz & Smart LLP
901 Fifth Avenue STE 820
Seattle, WA 9816
Tel. 206-203-9100 Fax 206-785-1702

**ORDER**

Based on the foregoing stipulation, IT IS SO ORDERED that this case is STAYED until April 17, 2024. Either party may move the Court to terminate the stay upon 14 days' written notice to the other party. The previous Initial Disclosure and Joint Status Report and Discovery Plan deadlines are STRICKEN. On or before April 17, 2024, the parties are DIRECTED to file a status report with the Court, following which the Court will issue new deadlines for the parties to submit Initial Disclosures pursuant to FRCP 26(a)(1) and their Joint Status Report and Discovery Plan as required by FRCP 26(f).

IT IS SO ORDERED THIS 18th day of January, 2024.

_____
Tiffany M. Cartwright
United States District Judge

STIPULATION MOTION AND
ORDER TO STAY-4
(No. 3:23-cv-05942-TMC)

Ruiz & Smart LLP
901 Fifth Avenue STE 820
Seattle, WA 9816
Tel. 206-203-9100 Fax 206-785-1702