HONORABLE TIFFANY M CARTWRIGHT

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| CHRISTIE MESZLER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TRUCK INSURANCE EXCHANGE and FARMERS INSURANCE EXCHANGE, a foreign insurance company,<br><br>Defendant. | No. 3:23-cv-05942 TMC<br><br>STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE<br><br>NOTE ON MOTION CALENDAR:<br><br>APRIL 17, 2024 |

## STIPULATION

IT IS HEREBY STIPULATED by all parties and through their respective counsel of record, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), respectfully request the Court dismiss this action in its entirety without prejudice, each party to bear their own fees and costs.

//

//

//

STIPULATION AND ORDER OF DISMISSAL
(No. 3:23-cv-05942 TMC) - 1

Ruiz & Smart LLP
901 Fifth Ave., Ste. 820
Seattle, WA 98164
Tel. 206-203-9100 Fax 206-785-1702

1  IT IS SO STIPULATED THIS 17th day of April 2024.

| | |
|---|---|
| **RUIZ & SMART LLP** | **ROPERS MAJESKI PC** |
| By: *s/Kathryn Knudsen* | By:*s/Joanne Blackburn* |
| Isaac Ruiz, WSBA #35237 | Joanne T. Blackburn, WSBA# 21541 |
| iruiz@ruizandsmart.com | Natalia Smirnova, WSBA # 55110 |
| Kathryn Knudsen, WSBA #41075 | 1420 5th Ave #2200 |
| kknudsen@ruizandsmart.com | Seattle, WA 98101 |
| Denise Chen, WSBA #59906 | Joanne.blackburn@ropers.com |
| dchen@ruizandsmart.com | Natalia.smirnova@ropers.com |

## **ORDER**

Pursuant to the foregoing Stipulation, all claims, counterclaims, or cross claims that were or could have been asserted in this matter are hereby DISMISSED without prejudice and without costs to any party.

IT IS SO ORDERED THIS 18th day of April, 2024

_____
Tiffany M. Cartwright
United States District Judge

,

STIPULATION AND ORDER OF DISMISSAL
(No. 3:23-cv-05942 TMC) - 2

Ruiz & Smart LLP
901 Fifth Ave., Ste. 820
Seattle, WA 98164
Tel. 206-203-9100 Fax 206-785-1702